IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF FLORIDA
GAINSVILLE DIVISION

PRESTON DAMSKY, a law student
at the University of Florida Levin
College of Law,

   *Plaintiff,*

v.

CHRIS SUMMERLIN, in his official
capacity as the Dean of Students
of the University of Florida,

   *Defendants.*

Case No. 1:25-cv-275-AW-MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(c) of the United States District Court for the Northern District of Florida, Emerson Sykes respectfully moves this Court for leave to appear *pro hac vice* on behalf of *amicus curiae* American Civil Liberties Union ("ACLU") in the above-captioned matter, and states as follows:

1. I am a Senior Staff Attorney at the ACLU, located at 125 Broad Street, 18th Floor, New York, NY 10004.

2. I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 5020078). A Certificate of Good Standing issued within the last 30 days is attached herein

1

as Exhibit A.

3. I have successfully completed the online Attorney Admission Tutorial. My confirmation number for completion of the online tutorial is FLND16614350936641.

4. I have successfully reviewed the CM/ECF Attorney User's Guide.

5. I have previously been granted admission *pro hac vice* on August 26, 2025, to appear in *Pernell v. Lamb* (No. 4:22-cv-0034) in this Court.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Emerson Sykes respectfully moves this Court for leave to appear *pro hac vice* on behalf of *amicus curiae*.

Dated: October 8, 2025

Respectfully submitted,

/s/Emerson Sykes
Emerson Sykes
NY Registration No. 5020078
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org

*Counsel for Amicus Curiae*

2

# Exhibit A



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Emerson James Sykes

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 6, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 7, 2025.

Clerk of the Court

CertID-00254033



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Clerk of the Court

**KENNETH BAND**
**MELISSA KRAKOWSKI**
Deputy Clerks

**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
**RIAD P. WILLIAMS**
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024