UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,

        *Plaintiff*,

v.

CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,

        *Defendant*.

No.: 1:25-cv-00275-AW-MAF

## DECLARATION OF JANICE SHAW

1. I am Janice Shaw, the Senior Assistant Dean of Students and Special Advisor to the Dean at the University of Florida Levin College of Law.

2. I am submitting this declaration in connection with Defendant's opposition to Plaintiff's motion for a preliminary injunction.

3. I was a witness at Preston Damsky's student conduct hearing on July 28, 2025, and provided information to the University Officials Board ("UOB"). At the start of the hearing, the Chair of the UOB admonished all of the witnesses that they were expected to tell the truth, and I did tell the truth at the hearing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2025.

*Janice Shaw*
Janice Shaw

2