UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,

        *Plaintiff*,

v.

CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,

        *Defendant*.

No.: 1:25-cv-00275-AW-MAF

**DECLARATION OF CHRISTOPHER D. HAMPSON
IN CONNECTION WITH DEFENDANT'S OPPOSITION TO PLAINTIFF'S
EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

1. My name is Christopher D. Hampson, and I currently serve as Associate Professor of Law at the University of Florida Levin College of Law.

2. I am submitting this Declaration in connection with Defendant's opposition to Plaintiff's motion for a preliminary injunction (ECF No. 6).

3. I was a witness at Preston Damsky's student conduct hearing on July 28, 2025, and provided information to the University Officials Board ("UOB"). At the start of the hearing, the Chair of the UOB admonished all of the witnesses that they were expected to tell the truth, and I did tell the truth at the hearing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2025.

_____
Christopher D. Hampson