

October 14, 2025

*Via Federal Express*

Jessica J. Lyublanovits, Clerk of Court
U.S. District Court
Northern District of Florida
Gainesville Division
401 SE First Ave.
Gainesville, FL 32601

    Re:   *Damsky v. Summerlin*
            No. 1:25-cv-00275-AW-MAF

Dear Ms. Lyublanovits:

    Pursuant to instructions from the Clerk's office, enclosed please find a USB containing the audio files filed as Exhibit E to Defendant's Opposition to Plaintiff's Emergency Motion for Preliminary Injunction, ECF No. 17, filed on October 14, 2025.

    Mr. Damsky's counsel has been given an electronic link for a direct download of these files, and a copy of this USB has been sent to him via Federal Express.

                                      Sincerely,

                                      *H. Christopher Bartolomucci*
                                      H. Christopher Bartolomucci

                                      *Counsel for Defendant*

Enclosure

cc via Federal Express and Email
(with electronic link and USB):
Anthony F. Sabatini
Email: anthony@sabatinilegal.com

---

**H. Christopher Bartolomucci** | PARTNER
Office  (202) 787-1060
Email  cbartolomucci@schaerr-jaffe.com

**SCHAERR | JAFFE** LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

*Damsky v. Summerlin*
No. 1:25-cv-00275-AW-MAF
Defendant's Opposition to
Plaintiff's Motion for Preliminary Injunction

# EXHIBIT E

USB of audio files submitted to Court

*Damsky v. Summerlin*
No. 1:25-cv-00275-AW-MAF

Ex. E to Def.'s Opp'n to Prel. Inj. Mot.
USB with audio files









Align top of FedEx® shipping label here.

Envelope
Recycle me.