Start: 2:00 p.m.
Stop: 3:07 p.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No: | 1:25-cv-275-AW | Date: 10-29-25 |
| Title: | Damsky v Summerlin | |

**DOCKET ENTRY:**

Motion Hearing - ECF No. 6, Motion for Preliminary Injunction

**PRESENT:** Honorable ALLEN WINSOR, Chief District Judge

| TiAnn Stark | Dawn Savino (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |
| Anthony Sabatini | Christopher Bartolomucci, Brande Smith |
| Attorney for Plaintiff | Attorney for Defendant |

**PROCEEDINGS:**

**2:00 p.m.**   **Court called to order**

2:01 p.m.   Arguments presented by Plaintiff

2:23 p.m.   Arguments presented by Defendant

2:58 p.m.   Rebuttal by Plaintiff

3:05 p.m.   Clarification by Defendant

3:06 p.m.   Motion taken under advisement

**3:07 p.m.**   **Court adjourned**