UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,

        *Plaintiff*,

v.

CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,

        *Defendant*.

No.: 1:25-cv-00275-AW-MAF

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS**

Defendant Chris Summerlin respectfully requests leave to file a reply brief, of no more than five pages in length, in further support of his motion to dismiss Plaintiff's complaint (Doc. 11) and in reply to Plaintiff's opposition to that motion (Doc. 29). Defendant wishes to reply to Plaintiff's argument concerning the incorporation-by-reference doctrine (Doc. 29 at 3–4) and his arguments concerning the merits of his First Amendment claim (Doc. 29 at 4–8). Plaintiff opposes this motion but does not intend to file an opposition to it. Accordingly, Defendant's motion for leave to file a five-page reply should be granted.

Respectfully submitted,

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
D.C. Bar No. 453423
Justin A. Miller*
D.C. Bar No. 90022870
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Defendant*

Dated:  October 30, 2025

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(C)

Pursuant to Local Rule 7.1(C), I certify that, on October 28, 2025, I conferred with counsel for Plaintiff, who stated that he is opposed to the instant motion for leave but does not intend to file an opposition.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), I certify that the foregoing motion is in compliance with the Court's word limit. According to the word processing program used to prepare this memorandum, the document contains 101 words, excluding those portions exempted under the Rule.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

## CERTIFICATE OF SERVICE

I certify that on October 30, 2025, I caused the foregoing to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
