IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON DAMSKY,**

    **Plaintiff,**

**v.**                                                               Case No. 1:25-cv-275-AW-MAF

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

    **Defendant.**

_____/

## **ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY**

Defendant's motion for leave to file a reply in support of his motion to dismiss (ECF No. 33) is GRANTED. The deadline to file the reply is November 7.

SO ORDERED on October 31, 2025.

                                                    s/ *Allen Winsor*
                                                    Chief United States District Judge