IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON DAMSKY,**

    **Plaintiff,**

**v.**                                          **Case No. 1:25-cv-275-AW-MAF**

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION TO SEAL

Defendant's unopposed motion to seal (ECF No. 26) is GRANTED. The clerk will seal all of ECF No. 11-1, ECF No. 16-1, ECF No. 17-1. Within seven days, Defendant must file a notice with replacements for each of these filings, which must include the same exhibits but with redacted versions of the transcript.[1] The notice should reference this order.

SO ORDERED on November 6, 2025.

                                                        s/ *Allen Winsor*
                                                        Chief United States District Judge

---

[1] These filings include exhibits Defendant does not seek to seal but that are included in the same .pdf file as the transcript. Defendant should refile the documents with no changes other than the redactions.