UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| PRESTON DAMSKY,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,<br><br>    *Defendant*. | No.: 1:25-cv-00275-AW-MAF |

**DEFENDANT'S NOTICE OF FILING REPLACEMENT DOCUMENTS WITH REDACTED TRANSCRIPT**

Pursuant to this Court's Order of November 6, 2025 (ECF No. 36), Defendant Chris Summerlin provides the following replacement documents, each containing a redacted version of the hearing transcript:

**Exhibit 1**: Replacement for ECF No. 11-1: Declaration of Heather White with Exhibits A through H filed in support of Defendant's Motion to Dismiss on October 10, 2025. Exhibit F (hearing transcript, prior to correction) is now redacted.

**Exhibit 2**: Replacement for ECF No. 16-1: Notice of Errata with Exhibit F (corrected hearing transcript) filed on October 14, 2025. Exhibit F is now redacted.

**Exhibit 3**: Replacement for ECF No. 17-1: Declaration of Heather White with Exhibits A through H filed in support of Defendant's Opposition to Plaintiff's

Motion for Preliminary Injunction on October 14, 2025.  Exhibit F (corrected hearing transcript) is now redacted.

          Respectfully submitted,

          <u>/s/ *H. Christopher Bartolomucci*</u>
          H. Christopher Bartolomucci
          D.C. Bar No. 453423
          Justin A. Miller*
          D.C. Bar No. 90022870
          SCHAERR | JAFFE LLP
          1717 K Street NW, Suite 900
          Washington, DC 20006
          Telephone: (202) 787-1060
          cbartolomucci@schaerr-jaffe.com
          jmiller@schaerr-jaffe.com

          *Admitted *pro hac vice*

          *Counsel for Defendant*

Dated:  November 11, 2025

## CERTIFICATE OF SERVICE

I certify that on November 11, 2025, I caused the foregoing to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
