UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,

           *Plaintiff*,

v.

CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,

           *Defendant*.

No.: 1:25-cv-00275-AW-MAF

## DEFENDANT'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendant Chris Summerlin hereby gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from the order of the district court dated November 24, 2025, granting Plaintiff's motion for a preliminary injunction.  *See* Order Granting Preliminary Injunction (Doc. 38), attached hereto as Exhibit 1.

Respectfully submitted,

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

Brande S. Smith
 *Senior Counsel*
Office of General Counsel
University of Florida
300 SW 13th Street
123 Tigert Hall
Gainesville, FL 32611-3125
(352) 392-1358
brande@ufl.edu

*Counsel for Defendant*

Dated:  November 25, 2025

## CERTIFICATE OF SERVICE

I certify that on November 25, 2025, I caused the foregoing to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
