IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON DAMSKY,**

    **Plaintiff,**

**v.**                                                       Case No. 1:25-cv-275-AW-MAF

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

    **Defendant.**

_____/

## **ORDER GRANTING IN PART MOTION TO STAY**

On Monday, November 24, the court granted Plaintiff Preston Damsky's motion for a preliminary injunction. ECF No. 38. On Friday, November 28, the University moved to stay or modify the order. ECF No. 46. This order grants that motion in part. The court will stay the injunction until December 3, 2025, allowing the University an opportunity to seek a stay pending appeal from the Eleventh Circuit. To the extent the University seeks further relief, the motion is denied.

The standard for a stay pending appeal is settled. *See League of Women Voters of Fla., Inc. v. Fla. Sec'y of State*, 32 F.4th 1363, 1370 (11th Cir. 2022). Here, for reasons set out in the preliminary-injunction order, I conclude the University has not shown a substantial case on the merits. But even if it had, it has not shown that absent the stay it will suffer irreparable injury. And it has not shown that the balance of equities weighs heavily in its favor.

1

The University's arguments regarding irreparable injury and the balance of equities are particularly unpersuasive given the delay in seeking the stay. The injunction issued early afternoon on Monday. The University appealed the following day but waited until after close of business on Friday before moving for a stay. The court's order required reinstatement by December 1—one week after the injunction issued. This provided an opportunity for the University to immediately seek relief from the Eleventh Circuit. The University's delay is inconsistent with its current assertion of "immediate safety, security, and operational harms." ECF No. 46 at 5.

Nonetheless, the court will stay the injunction until December 3, 2025, so that the University may seek a stay pending appeal from the Eleventh Circuit if it elects to do so. The motion (ECF No. 46) is thus GRANTED in part and DENIED in part.

SO ORDERED on November 29, 2025.

s/ *Allen Winsor*
Chief United States District Judge