# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-14171
_____

PRESTON DAMSKY,
  A Law student at the University of Florida Levin College of Law,

                                                                *Plaintiff-Appellee,*

versus

CHRIS SUMMERLIN,
  In his official capacity as the Dean of Students of the
  University of Florida,

                                                                *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:25-cv-00275-AW-MAF
_____

Case 1:25-cv-00275-AW-MAF    Document 57    Filed 12/03/25    Page 2 of 2
USCA11 Case: 25-14171    Document: 17    Date Filed: 12/03/2025    Page: 2 of 2

2                                Order of the Court                                25-14171

ORDER:

Before the Court is Appellant's motion for a stay of injunction pending appeal. An administrative stay of the district court's November 24, 2025 order granting Appellee's motion for a preliminary injunction is TEMPORARILY GRANTED pending further order of the Court.

Appellee's response to the motion is due by December 12, 2025.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION