UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| PRESTON DAMSKY,<br><br>       *Plaintiff*,<br><br>  v.<br><br>CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,<br><br>       *Defendant*. | No.: 1:25-cv-00275-AW-MAF |

## JOINT REPORT OF RULE 26(f) CONFERENCE

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and this Court's Initial Scheduling Order (Doc. 39), the Parties hereby submit the following joint report of their conference.

  1.  **The Meeting of the Parties:** The following counsel for the Parties participated in the Rule 26(f) conference by telephone on November 25, 2025: Anthony Sabatini, representing Plaintiff Preston Damsky; and H. Christopher Bartolomucci, representing Defendant Chris Summerlin.

  2.  **Initial Disclosures:** The Parties have agreed to exchange the initial disclosures required by Rule 26(a)(1) no later than December 19, 2025.

3. **Discovery Plan:** The Parties propose the following discovery plan.

    a.   **Subjects of discovery:**

        1.   **Plaintiff:** Plaintiff may wish to pursue discovery on all communications via email and text concerning Plaintiff and this case.

        2.   **Defendant:** Defendant may wish to pursue discovery on, among other things, Plaintiff's social media posts, seminar papers, and other communications and conduct while enrolled at UF Law.

    b.   **Dates for commencing and completing discovery:** Per the Initial Scheduling Order, the discovery period has commenced and the deadline to complete discovery is February 13, 2026.

    c.   **Maximum number of interrogatories and the date the answers are due:** The Parties agree that the number of interrogatories and the date for the answers shall be governed by Rule 33.

    d.   **Maximum number of requests for admission and the date the responses are due:** The Parties agree that the number of requests for admission and the date for the responses shall be governed by Rule 36.

  e. **Maximum number of depositions by each party, and duration limits of depositions in hours:** The Parties agree that the maximum number of depositions shall be one per side and that the duration of depositions shall be governed by Rule 30(d).

  f. **Expert witnesses:** The Parties state that they do not intend to call expert witnesses.

  g. **Dates for Supplementation under Rule 26(e):** The Parties agree to inform the opposing party within seven (7) days of learning that a disclosure is incomplete or incorrect if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

4. **Other Items:**

  a. **Scheduling conference:** The Parties do not request a scheduling conference.

  b. **Requested date for pretrial conference:** The Parties request a pretrial conference two weeks before the start of trial.

  c. **Deadline to amend pleadings or join parties:** Rule 15 applies.

  d. **Final date to file dispositive motions:** Per the Initial Scheduling Order, the deadline for any summary judgment

|   |   |
|---|---|
|   | motion or dispositive motion is 21 days after the end of discovery. |
| e. | **Prospects for settlement:** The Parties are amenable to discussing settlement. |
| f. | **Alternative dispute resolution procedures that may enhance prospects for settlement:** The Parties are amenable to alternative dispute resolution or other procedures that may enhance the prospects for settlement. |
| g. | **Final dates for submitting motions in limine, Rule 26(a)(3) witness and exhibit lists, and designations of deposition testimony:** The Parties have agreed that motions in limine, Rule 26(a)(3) witness and exhibit lists, and deposition designations shall be submitted 30 days before trial. Counter deposition designations shall be submitted five (5) business days after the other party's service of designated deposition testimony. |
| h. | **Trial dates and estimate of trial length:** The Parties estimate that the case will be ready for trial by May 27, 2026, as required by the Initial Scheduling Order. The Parties estimate that 1–2 days will be necessary for trial. |

      i.    **Pretrial Stipulation:** The Parties agree that the Joint Pretrial Stipulation shall be due one week before the Final Pretrial Conference.

5. **Conference Regarding Magistrate Judge Jurisdiction:** The Parties have conferred regarding their willingness to consent to Magistrate Judge jurisdiction.

6. **Nature and Basis of All Claims and Defenses and Good Faith Attempt to Identify the Principal Factual and Legal Issues in Dispute:**

    a. **Plaintiff:** Plaintiff contends that the University of Florida's decision to expel him and related actions violated the First Amendment to the U.S. Constitution.

    b. **Defendant:** Defendant contends that the University's expulsion decision and related actions comported with the First Amendment.

7. **Jury or Non-Jury Trial:** The Parties request trial by jury.

Respectfully submitted,

/s/ *Anthony F. Sabatini*
Anthony F. Sabatini
Fla. Bar No. 1018163
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

*Counsel for Plaintiff*


/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

Brande S. Smith
 *Senior Counsel*
Office of General Counsel
University of Florida
300 SW 13th Street
123 Tigert Hall
Gainesville, FL 32611-3125
(352) 392-1358
brande@ufl.edu

*Counsel for Defendant*

Dated:  December 16, 2025

6

## CERTIFICATE OF SERVICE

I certify that on December 16, 2025, I caused the foregoing to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
