# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

PRESTON DAMSKY, a law student
at the University of Florida Levin
College of Law
    Plaintiff,
v.                                          Case No.: 1:25-cv-275-AW-MAF

CHRIS SUMMERLIN, in his official
capacity as the Dean of Students
of the University of Florida,
    Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Preston Damsky, by and through undersigned counsel, hereby files his Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

DATED: December 19, 2025.

                                                      Respectfully submitted,

                                                      */s/ Anthony F. Sabatini*
                                                      ANTHONY F. SABATINI, ESQ.
                                                      FL BAR No. 1018163
                                                      anthony@sabatinilegal.com
                                                      SABATINI LAW FIRM, P.A.
                                                      1601 E. 1st Ave.
                                                      MOUNT DORA, FL 32757
                                                      T: (352)-455-2928
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been filed via PACER to all parties of record on December 19th, 2025: