IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON DAMSKY,**

    **Plaintiff,**

**v.**                                             **Case No. 1:25-cv-275-AW-MAF**

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

    **Defendant.**

_____/

## **SCHEDULING ORDER**

Having considered the parties' Rule 26(f) report (ECF No. 60), the court now ORDERS the following:

    1.    The trial remains in the trial period that begins on May 27, 2026.

    2.    The deadline to complete discovery remains February 13, 2026. Any motion to extend the discovery period must show (a) diligence throughout the original period, including a detailed explanation of what discovery took place and when; (b) details of what additional discovery is necessary and why; and (c) details of why the necessary additional discovery could not have been gathered during the original period.

    3.    The parties' Rule 26(f) report (ECF No. 60) will control the matters it addresses, except to the extent of any conflict with this order. On matters not

addressed in this order or the parties' Rule 26(f) report, the Initial Scheduling Order (ECF No. 39) remains effective.

4. Each party must supplement its Rule 26 disclosures promptly after a supplement becomes necessary. *See* Fed. R. Civ. P. 26(e). Each party must supplement in time to ensure the opposing party is not prejudiced by any failure to supplement immediately after the information was (or should have been) discovered.

5. Deadlines will be determined based on this order, other applicable orders, and governing rules. Text in the clerk's docket entries is for the clerk's internal use and is not controlling.

6. A separate order for pretrial conference (to be issued later) will set a deadline for a pretrial attorney conference. That deadline will also be the deadline for Rule 26(a)(3) disclosures. The deadline to object under Rule 26(a)(3) is seven days later.

7. Any motion in limine or other pretrial motion must be filed no later than 15 days before the pretrial conference. A response to any motion in limine or other pretrial motion must be filed within the deadline set out in Local Rule 7.1(E), but must also be filed no later than 5 days before the pretrial conference.

SO ORDERED on December 22, 2025.

s/ *Allen Winsor*
Chief United States District Judge