IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PRESTON DAMSKY,**

    **Plaintiff,**

v.                                                        Case No. 1:25-cv-275-AW-MAF

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

    **Defendant.**

_____ /

## ORDER DENYING MOTION TO STAY

Defendant Chris Summerlin moved to stay this proceeding pending resolution of his appeal of the preliminary injunction order. ECF No. 64. Plaintiff Preston Damsky filed a response in opposition. ECF No. 66. Having considered the parties' arguments, I now deny the motion. This case will continue on the schedule previously ordered. *See* ECF No. 62.

As the parties acknowledge, the court has broad discretion in determining whether a stay is appropriate here. Summerlin argues the Eleventh Circuit decision will likely provide considerable guidance on the issues presented in the case. That is perhaps so, but Summerlin has not shown that this possibility justifies an indefinite delay in the resolution of this case. Damsky alleges ongoing harms, and he is entitled to have his case move forward. Moreover, the discovery period is nearly over already, and the stopping midstream only to restart later would be inefficient. Also,

1

indefinite delays now can undermine discovery later, whether because of faded memories or otherwise. Finally, I note that Summerlin has taken no steps to expedite the appeal, which undermines his argument about prejudice to Damsky.

Under all these circumstances, and as a matter of discretion, I have determined that a stay would be unwarranted. The motion (ECF No. 64) is DENIED.

SO ORDERED on January 27, 2026.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge