**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

PRESTON DAMSKY,

                *Plaintiff,*

    v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

                *Defendant*.

No.: 1:25-cv-00275-AW-MAF

**NOTICE OF FILING EXHIBITS IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's Scheduling Order (ECF No. 39), Defendant Chris

Summerlin submits the following exhibits, copies of which are attached to this

notice, in support of his forthcoming motion for summary judgment:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Evidence File before the University Officials Board for July 28, 2025 Student Conduct Hearing, DEF_000496–DEF_000822 |
| 2 | Other Evidence of Threat/Disruption: DEF_000005; DEF_001235–DEF_001236; DEF_001397; DEF_001414–DEF_001415; DEF_003820; DEF_003933; DEF_004071; DEF_004075; DEF_005265–DEF_005269 |
| 3 | University Officials Board Recommendations, DEF_001141–DEF_001144 |
| 4 | Declaration of Andrea Cormier (Mar. 5, 2026)<br>    Ex. A: Cormier Statement Regarding Incident on August 28, 2023 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 5 | Declaration of Heather White (Oct. 13, 2025)<br><br>Ex. A: Letter from Chris Summerlin, Dean of Students, UF, to P. Damsky (Apr. 2, 2025)<br><br>Ex. B: Letter from Nancy Chrystal-Green, Assoc. VP for Student Life, UF, to P. Damsky (Apr. 16, 2025)<br><br>Ex. C: Letter from James Tyger, Asst. VP, Student Life, UF, to P. Damsky (Apr. 29, 2025)<br><br>Ex. D: Letter from Pamela Malyk, Asst. Dean & Director of Student Conduct & Conflict Resolution, UF, to P. Damsky (May 29, 2025)<br><br>Ex. E: [omitted; on file with clerk's office]<br><br>Ex. F: [omitted; included below]<br><br>Ex. G: Letter from Chris Summerlin, Dean of Students, UF, to P. Damsky (Aug. 8, 2025)<br><br>Ex. H: Letter from Heather White, VP for Student Life, UF, to P. Damsky (Oct. 9, 2025) |
| 6 | Declaration of Merritt E. McAlister (Oct. 13, 2025)<br><br>Ex. I: [omitted; included below]<br><br>Ex. J: [omitted; included below] |
| 7 | Declaration of Lyrissa B. Lidsky (Oct. 13, 2025)<br><br>Ex. K: P. Damsky X post (Mar. 21, 2025); X post exchanges between P. Damsky and L. Lidsky (Apr. 1, 2025) |
| 8 | Declaration of H. Christopher Bartolomucci (Oct. 13, 2025)<br><br>Ex. L: [omitted; included below]<br><br>Ex. M: P. Damsky's X posts (May 23–Oct. 7, 2025) |
| 9 | Declaration of Janice Shaw (Oct. 13, 2025) |
| 10 | Declaration of Christopher D. Hampson (Oct. 13, 2025) |
| 11 | Declaration of Zachary D. Kaufman (Oct. 13, 2025) |
| 12 | P. Damsky X Post (Feb. 11, 2026), DEF_004705 |
| 13 | P. Damsky X Posts (Sep. 2024), DEF_005055–DEF_005058 |
| 14 | P. Damsky "avatar" for X account, DEF_004087 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 15 | Student Honor Code and Student Conduct Code, University of Florida Regulation No. 4.040, DEF_003938–DEF_003973 |
| 16 | Deposition of Preston Terry Damsky (Feb. 5, 2026) with Exhibits<br><br>Dep. Ex. 2:  P. Damsky's *American Restoration (Draft)* seminar paper<br><br>Dep. Ex. 3:  P. Damsky's *American Restoration* seminar paper<br><br>Dep. Ex. 4:  P. Damsky's *National Constitutionalism* seminar paper<br><br>Dep. Ex. 5:  Email from P. Damsky to Osiris Ramos, Jr. (Feb. 10, 2025)<br><br>Dep. Ex. 6:  Photograph of P. Damsky<br><br>Dep. Ex. 7:  X Posts between P. Damsky and Prof. Lidsky (Mar. 21–Apr. 2, 2025)<br><br>Dep. Ex. 8:  N.Y. Times article, *A White Nationalist Wrote A Law School Paper Promoting Racist Views. It Won Him An Award* (June 21, 2025)<br><br>Dep. Ex. 9:  Email/Letter from P. Damsky to Deans Merritt McAlister and Chris Summerlin, "Reaffirming My Rights"<br><br>Dep. Ex. 10: Litigation Hold Email/Letter from P. Damsky to Deans Merritt McAlister and Chris Summerlin (July 21, 2025)<br><br>Dep. Ex. 11: P. Damsky X Posts (Mar. 25, 2025–Jan. 27, 2026) |
| 17 | Deposition of Merritt McAllister (Feb. 9, 2026) |
| 18 | Transcript of Audio Recording, Student Conduct Hearing before the University Officials Board (July 28, 2025) |
| 19 | Declaration of H. Christopher Bartolomucci (Mar. 6, 2026) |

Respectfully submitted,

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Defendant*

Dated: March 6, 2026

## CERTIFICATE OF SERVICE

I certify that on March 6, 2026, I caused the foregoing and the accompanying exhibits to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

<em>/s/ H. Christopher Bartolomucci</em><br>H. Christopher Bartolomucci