# EXHIBIT 2

**University of Florida**
**Student Conduct Code Incident Report**
*Submitted on April 1, 2025 at 10:25:46 pm EDT*

Nature                           **General Conduct Report**
Urgency                          **Normal**
Incident Date and Time           **2025-04-01 7:00 PM**
Incident Location                **Off Campus Twitter**

Reported by
Name:                            **Leslie Sims**
Title:                           **Student**
Email:                           **l.sims@ufl.edu**
Phone                                                                                    **[REDACTED: PII]**
Address:

Involved Parties
**Preston Terry ()**                                                prestondamsky@ufl.edu
Accused Student

Questions
Please provide a detailed description of the incident/concern using specific language (Who, what, where, when, why, and how).
**Preston Terry runs a Twitter (or X) account under the name preston_terry_. On March 21st he posted " My position on Jews is simple: whatever Harvard professor Noel Ignatiev meant by his call to "abolish the White race by any means necessary" is what I think must be done with Jews. Jews must be abolished by any means necessary." This is hate speech meant to insight violence against a large population of the UF campus, including against professors.**

Please select all that apply

If an Organization was involved, please list Organization Name

Attachments
img2261.png

*Pending IR #00062630*
*Submitted from 70.185.122.227. Processed by routing rule #437. Routed to Jose Capula, Process Coordinator for Student Conduct and Conflict Resolution.*
*Copies to: pmalyk@ufl.edu,ampeep@ufl.edu*

DEF_000005

| | |
|---|---|
| **From:** | Lidsky,Lyrissa |
| **Sent time:** | 04/01/2025 05:07:04 PM |
| **To:** | . LAW-Campus Faculty |
| **Subject:** | UF Law student states: "Jews must be abolished by any means necessary." |

Dear Colleagues:

One of our students, Preston Terry, posted on X on March 21 the statement: "Jews must be abolished by any means necessary." (The full post is in the screenshot below.) We want to bring this genocidal antisemitic statement to your attention. He has posted additional antisemitic messages. Other faculty and students have expressed concern about other hateful statements made by Mr. Terry, and there seems to be a pattern of escalation.

Thank you,

Lyrissa, Zach, and Stacey



Raymond & Miriam Ehrlich Chair in U.S. Constitutional Law
UF Levin College of Law
352-273-0717

DEF_001235

| | |
|---|---|
| **From:** | Badalamenti,John L |
| **Sent time:** | 04/01/2025 05:11:36 PM |
| **To:** | Lidsky,Lyrissa |
| **Subject:** | Re: UF Law student states: "Jews must be abolished by any means necessary." |
| **Attachments:** | image001.png |

This is absolutely awful in so many ways. It's indefensible and horrifying.

I've tried to counsel him, Lyrissa. He just doesn't get it. This is unacceptable. It isn't even close.


John L. Badalamenti
Peter T. Fay Jurist-in-Residence
University of Florida
Levin College of Law
badalamenti@law.ufl.edu




On Apr 1, 2025, at 5:07 ?PM, Lidsky,Lyrissa <lidsky@law.ufl.edu> wrote:


-257 ?
Dear Colleagues:
One of our students, Preston Terry, posted on X on March 21 the statement: "Jews must be abolished by any means necessary." (The full post is in the screenshot below.) We want to bring this genocidal antisemitic statement to your attention. He has posted additional antisemitic messages. Other faculty and students have expressed concern about other hateful statements made by Mr. Terry, and there seems to be a pattern of escalation.
Thank you,
Lyrissa, Zach, and Stacey
<image001.png>


Raymond & Miriam Ehrlich Chair in U.S. Constitutional Law
UF Levin College of Law
352-273-0717

DEF_001236

| From: | McAlister,Merritt Ellen |
|---|---|
| **Sent time:** | 04/04/2025 08:02:48 AM |
| **To:** | Johnston, Lea |
| **Subject:** | Re: Safety concerns in MH law class - today |

Lea, can you call me this morning? (404.861.7619)


Thanks,

Merritt


Merritt E. McAlister

Interim Dean and Levin, Mabie & Levin Professor of Law

University of Florida Levin College of Law

mcalister@law.ufl.edu

352.273.0603



> On Apr 4, 2025, at 7:19 AM, Johnston, Lea <johnstonl@law.ufl.edu> wrote:

>

> Merritt,

>

> Good morning. Last night one of my mental health law students expressed concern about her safety in my mental health law class today, given that Preston was in that class. Also, two judges will be visiting that class today, one of whom may be Jewish. My class meets from 1:15-2:40 in Holland 285-A. Would it be possible to have a security person nearby?

>

> Best,

> Lea

DEF_001397

| From: | McAlister,Merritt Ellen |
|---|---|
| Sent time: | 04/05/2025 02:07:00 PM |
| To: | Dave Straley |
| Cc: | Mandernach, Joe; Farley, Michael A |
| Subject: | FW: Responding to Community Concerns |

Dave, I just wanted to make sure this has been communicated to you: we're going to move to swipe-card access (with only library and welcome center open).  We also need to make sure that Preston Terry Damsky's access has been disabled until further notice.

Please don't hesitate to let me know if you have any questions.

Many thanks,
Merritt

---

**From:** McAlister,Merritt Ellen <mcalister@law.ufl.edu>
**Date:** Saturday, April 5, 2025 at 2:05 PM
**To:** . LAW-Staff <LAW-Staff@ad.ufl.edu>
**Subject:** FW: Responding to Community Concerns

Dear Colleagues,

I hope you're having a good weekend.  I write to share a message I sent to our students on Friday evening about a significant disruption that has been caused by some social media posts that circulated across the law school campus.  Community concern has remained high, and I want to share the additional steps we've taken/are taking to ensure everyone's safety.  Please note, as explained below, we will be on swipe-card only access from now through final exams.

Best,
Merritt

Merritt E. McAlister
Interim Dean and Levin, Mabie & Levin Professor of Law
University of Florida
Fredric G. Levin College of Law
mcalister@law.ufl.edu / 352.273.0603

---

**From:** UF Law All Students <LAW-ALL-STUDENTS-L@LISTS.UFL.EDU> on behalf of McAlister,Merritt Ellen <mcalister@law.ufl.edu>
**Date:** Friday, April 4, 2025 at 7:11 PM
**To:** LAW-ALL-STUDENTS-L@LISTS.UFL.EDU <LAW-ALL-STUDENTS-L@LISTS.UFL.EDU>
**Subject:** Responding to Community Concerns

Dear Students,

I know that our normal semester routine—winding down classes, gearing up for finals—has been significantly disrupted by recent widely circulated social media posts.  Many of you are rightly feeling deeply offended, angry, and even personally threatened.

The College and the University are working together to ensure that we do everything we can under University regulations and state and federal law to protect our community.  To ensure our safety, an individual has been trespassed from campus, and, over the course of the past week, we've had increased police patrols and event security.  Additionally, beginning on Monday at 8:00 am, we will begin swipe-card access only for all building entrances, except for the main Library and Welcome Center Entrances.  Controlled access to our campus facilities will continue through the end of finals unless we must open campus for a major event (like Admitted Students Day). (Note that routine weekend swipe-card access has already begun as of today at 5:00 pm.)

Additionally, on Wednesday, April 9, at 12pm in the Morgan & Morgan Courtroom (MLAC 106), I will host a town hall with Major Simmons from UFPD and a representative from the UF Counseling Center.  Lunch will be provided. Understanding the high degree of fear felt across our campus, we will answer additional questions you may have and offer resources that might help us all move through this difficult time.

Dean Shaw and I are, as always, entirely available to meet with any of you individually; please do not hesitate to reach out.  Your safety and security remain my highest priority.  I will continue to be vigilant and take all steps

**DEF_001414**

necessary to protect of our community.

I'm hopeful that the weekend will bring you all some much-needed rest and that Gators basketball might offer a bit of positive distraction!

Best,
MEM

Merritt E. McAlister
Interim Dean and Levin, Mabie & Levin Professor of Law
University of Florida Levin College of Law
mcalister@law.ufl.edu / 352.273.0981 (o) / 404.861.7619 (c)

DEF_001415

| | | |
|---|---|---|
| **From:** | ███████████ | **[REDACTED: PII]** |
| **Sent time:** | 07/18/2025 02:07:51 PM | |
| **To:** | DSO Student Conduct and Conflict Resolution | |
| **Subject:** | Anonymous Statement on Preston | |

To whomever it may concern,

I would like to submit an anonymous statement on Preston Terry for his conduct hearing. Do not include my name—I do not feel safe having my name on it.

Preston scares me. The thought that he sat with us in class, walked around the halls, and was never disciplined until now terrifies me. I felt uncomfortable being in the school alone. I was afraid to be in a hallway with him alone, as I feared what he would do. I even regretted getting to the school early because it meant there were less people around to witness anything. I stopped wearing a Star of David around school and I hid any connection I had to Israel for fear of my personal safety. I will never forget his despicable words or the mind games he played with students and the school. We are well aware he used us as pawns in his hateful game—and it felt terrible. We were left deciding between protecting ourselves by calling him out for his terrible words and trying to ignore him to take away his platform. In both situations, the students were left vulnerable and alone. If he ever comes back to the school, no student will feel safe except his cronies that have now become emboldened by his conduct. I am ashamed and fearful to be at this school now because of him. I will now never know who agrees with him, who supports him. I will never feel safe.

Get Outlook for iOS

DEF_003820

| | |
|---|---|
| **From:** | Shaw, Janice |
| **Sent time:** | 11/24/2025 05:20:45 PM |
| **To:** | McAlister,Merritt Ellen |
| **Subject:** | FW: New Report a Community Concern Submission |

FYI. Received this afternoon.

**From:** shaw@law.ufl.edu <shaw@law.ufl.edu>
**Sent:** Monday, November 24, 2025 4:49 PM
**To:** Shaw, Janice <shaw@law.ufl.edu>; blake@law.ufl.edu
**Subject:** New Report a Community Concern Submission

**Comments/Questions**

UF Law will not be a safe campus if Preston is allowed to return. Students will be dropping classes he enrolls in as we ALL fear him. Every single student I have spoken with has stated they do not feel safe if he comes back and will drop out of any course he is in. Additionally, I already know students who dropped out of courses they wanted to take this semester because he was in them. The email sent to students today was nothing short of telling your Jewish students and all students that they are on their own and now must fear for their safety. Simply telling students to go speak to a counselor because a self-declard Nazi will be returning to campus is disgusting. That email belittled and invalidated concerns students rightfully hold. Please do the right thing and continue to fight this case until UF Law is made a safe campus again. NONE of us feel safe. There won't be a day when students feel at ease on campus as long as he is permitted there. We are ALL terrified he will hurt us. Please do something for your students.

**Would you like to be contacted regarding your comment/question?**

No

**DEF_003933**

| | |
|---|---|
| **From:** | updinfo@admin.ufl.edu |
| **Sent time:** | 04/02/2025 10:00:20 AM |
| **To:** | . TSS-UPD-DISPATCH; . TSS-UPD-DISPATCH RELIEF; . TSS-UPD-INVESTIGATIONS; O'Ferrell, John T; Moran,Jeffrey D; Simmons,Latrell M |
| **Subject:** | UPD Contact Form |

**Name**

Caroline Levine

**Contact Email**

caroline.levine@ufl.edu

**Contact Phone**

███████████

**Message**

A student at the law school recently and explicitly recently posted on X saying (verbatim) "Jews must be abolished by any means necessary." Today, a Jewish professor is supposed to lead a discussion on Israel at the law school. This is a serious safety concern. I am a Jewish student who is an officer of the Jewish Law Students Association (the organization sponsoring this event) and I am afraid to go because I think this student may take violent action. This student, Preston Terry, has been brought up to the law school many times because students were afraid for their safety and admin has done nothing. I have absolute confidence he will show up to today's event because we hosted a similar one earlier in the semester and he showed up. Please please consider taking action about this student. Jewish students are all terrified to walk around the school already because of him, but factoring in an explicitly Jewish event after this message was circulated is a specific, tangible event where we are legitimately concerned for our safety. I heard through the grapevine that this professor, Professor Zachary Kaufman, has already expressed safety concerns to the school. The event is set to take place at noon today at the law school in the Martin levin advocacy center (MLAC 106). Please help us do something before it is too late.

**INTERNAL DROPDOWN**

OPTION A

DEF_004071

**From:** Knowles,Bart Carey

**Sent time:** 04/02/2025 10:40:36 AM

**To:** Ash,Kristina M; . BA-UPD Info; . TSS-UPD-DISPATCH; . TSS-UPD-DISPATCH RELIEF; . TSS-UPD-INVESTIGATIONS; O'Ferrell, John T; Moran,Jeffrey D; Simmons,Latrell M

**Subject:** RE: UPD Contact Form

Major Sasser will be posting an officer outside of the entrance of the class to monitor.

---

**From:** Ash,Kristina M <kburgin1@ufl.edu>
**Sent:** Wednesday, April 2, 2025 10:26 AM
**To:** . BA-UPD Info <updinfo@admin.ufl.edu>; . TSS-UPD-DISPATCH <UPD-DISPATCH@ad.ufl.edu>; . TSS-UPD-DISPATCH RELIEF <UPD-DISPATCH-RELIEF@ad.ufl.edu>; . TSS-UPD-INVESTIGATIONS <UPD-INVESTIGATIONS@ad.ufl.edu>; O'Ferrell, John T <joferrell@ufl.edu>; Moran,Jeffrey D <jdmoran@UFL.EDU>; Simmons,Latrell M <latrellsimmons@ufl.edu>
**Subject:** RE: UPD Contact Form

Major Sasser forwarded this contact form and requested increased patrols.

Thank you,

*Kristina Ash*

**Asst. Communications Manager**
**University of Florida Police Department**
Phone: (352) 392-2920
Email: kburgin1@ufl.edu



---

**From:** updinfo@admin.ufl.edu <updinfo@admin.ufl.edu>
**Sent:** Wednesday, April 2, 2025 10:00 AM
**To:** . TSS-UPD-DISPATCH <UPD-DISPATCH@ad.ufl.edu>; . TSS-UPD-DISPATCH RELIEF <UPD-DISPATCH-RELIEF@ad.ufl.edu>; . TSS-UPD-INVESTIGATIONS <UPD-INVESTIGATIONS@ad.ufl.edu>; O'Ferrell, John T <joferrell@ufl.edu>; Moran,Jeffrey D <jdmoran@UFL.EDU>; Simmons,Latrell M <latrellsimmons@ufl.edu>
**Subject:** UPD Contact Form

| Name |
| --- |
| Caroline Levine |

| Contact Email |
| --- |
| caroline.levine@ufl.edu |

| Contact Phone |
| --- |
| [REDACTED: PII] |

| Message |
| --- |
| A student at the law school recently and explicitly recently posted on X saying (verbatim) "Jews must be abolished by any means necessary." Today, a Jewish professor is supposed to lead a discussion on Israel at the law school. This is a serious safety concern. I am a Jewish student who is an officer of the Jewish Law Students Association (the organization sponsoring this event) and I am afraid to go because I think this student may take violent action. This student, Preston Terry, has been brought up to the law school many times because students were afraid for their safety and admin has done nothing. I have absolute confidence he will show up to today's event because we hosted a similar one earlier in the semester and he showed up. Please please consider taking action about this student. Jewish students are all terrified to walk around the school already because of him, but factoring in an explicitly Jewish event after this message was circulated is a specific, tangible event where we are legitimately concerned for our safety. I heard through the grapevine that this professor, Professor Zachary Kaufman, has already expressed safety concerns to the school. The event is set to take place at noon today at the law school in the Martin levin advocacy center (MLAC 106). Please help us do something before it is too late. |

| INTERNAL DROPDOWN |
| --- |
| OPTION A |

| | |
|---|---|
| **From:** | Lidsky,Lyrissa |
| **Sent time:** | 04/03/2025 05:05:40 PM |
| **To:** | McAlister,Merritt Ellen <mcalister@law.ufl.edu> |
| **Subject:** | FW: Class Mon/Wed |

FYI

Raymond & Miriam Ehrlich Chair in U.S. Constitutional Law
UF Levin College of Law
352-273-0717

**From:** Robinson, Chase M. <crobinson7@ufl.edu>
**Sent:** Thursday, April 3, 2025 3:05 PM
**To:** Lidsky,Lyrissa <lidsky@law.ufl.edu>
**Subject:** Class Mon/Wed

Hi Professor Lidsky,

I am sorry for what is happening right now. I am a little concerned about your safety with the comments that were made by a student, I just became aware of what happened. I wanted to know if class Monday and maybe Wednesday too would be moved to a different room or online for safety? Do you know what safety precautions the school is taking?

I am also Jewish and the comments made are very scary. I hope you stay safe.

Sincerely,
Chase Robinson

**DEF_005265**

| From: | Shaw, Janice |
|---|---|
| Sent time: | 04/04/2025 02:22:22 PM |
| To: | McAlister,Merritt Ellen <mcalister@law.ufl.edu> |
| Subject: | FW: Concerns |

FYI. Richard ran into Lyrissa and she shared her concerns with him.  See below.

**From:** Blake,Richard A <blake@law.ufl.edu>
**Sent:** Friday, April 4, 2025 2:21 PM
**To:** Shaw, Janice <shaw@law.ufl.edu>
**Subject:** Concerns

Good Afternoon Janice,

Sharing a review of concerns Professor Lidsky shared with me in the hallway a few moments ago.

- Asking if consideration could be made to secure the campus doors earlier than exam period to quell the fear amongst students
- Professor Lidsky was not fearful at first, but is now slightly fearful after the amount of students who have reached out to her to share their concerns and interactions with student
- She has found herself looking back at her classroom door during teaching anytime someone enters or leaves the room. She emphasized that this is something she has never done before
- Students have asked her to change her classroom time/location from the published record because they fear she is a target

I shared with Professor Lidksy that I would share this information with you.

Thank you.

Richard

**Richard Blake**
Director for Student Life
University of Florida Levin College of Law
P.O. Box 117620 **|** Gainesville, FL 32611-7633
(352) 273-0720 **|** Email: blake@law.ufl.edu



DEF_005266

| | |
|---|---|
| **From:** | Arnow-Richman, Rachel |
| **Sent time:** | 04/05/2025 12:54:04 PM |
| **To:** | McAlister,Merritt Ellen <mcalister@law.ufl.edu> |
| **Subject:** | Re: Responding to Community Concerns |

Much appreciated.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rachel Arnow-Richman
Professor of Law & Gerald A. Rosenthal Chair in Labor & Employment Law
Director, Con*verge* for Impact
University of Florida Levin College of Law
P.O. Box 117620 Gainesville, FL 32611-7633
352-273- 0645 | rarnowrichman@law.ufl.edu | https://ufl.zoom.us/my/prof.rachel.ar



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** McAlister,Merritt Ellen <mcalister@law.ufl.edu>
**Date:** Friday, April 4, 2025 at 8:24 ?PM
**To:** Arnow-Richman, Rachel <rarnowrichman@law.ufl.edu>
**Cc:** Shaw, Janice <shaw@law.ufl.edu>, Lidsky,Lyrissa <lidsky@law.ufl.edu>
**Subject:** Re: Responding to Community Concerns

Rachel, thank you for your message.  I will be discussing at the faculty meeting, and I am happy to address any questions there are to the extent I can.  The information that Lyrissa shared with the faculty earlier this week, in connection with past issues (some of which have also been discussed in previous faculty meetings), is the basis for the concern.

Merritt

Merritt E. McAlister
Interim Dean and Levin, Mabie & Levin Professor of Law
University of Florida Levin College of Law
mcalister@law.ufl.edu
352.273.0603

On Apr 4, 2025, at 8:57 ?PM, Arnow-Richman, Rachel <rarnowrichman@law.ufl.edu> wrote:

-257 ?
Hi, Merritt.  I really appreciate the transparency around what you are communicating to the students. It is also clear that you and Jancie are doing a lot to support them. Thank you.

I may be alone, but I don't have a sense of the context generating this administrative response -- the nature of the threat, whether it is targeted or general, the student response, etc. That makes it hard for me to gauge  the risk, which makes me more concerned, and it makes it hard for me to support my students. I don't follow student social media traffic; I only know what Lyrissa sent to the faculty the other day (presumably in her individual capacity) about a hateful (but non-specific) antisemitic post by a student and then trespass notice issued against (I assume) him.  I suspect others may be in my situation as well.

I know that privacy and policy doubtlessly constrain what you are able to share. Still I would appreciate a bit more information. I imagine there will be an update at the faculty meeting, which is fine, but it seems like a lot has been happening this week.

DEF_005267

Thanks and I hope YOU get a restful weekend.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Rachel Arnow-Richman
Professor of Law & Gerald A. Rosenthal Chair in Labor & Employment Law
Director, Con*verge* for Impact
University of Florida Levin College of Law
P.O. Box 117620 Gainesville, FL 32611-7633
352-273- 0645 | rarnowrichman@law.ufl.edu | https://ufl.zoom.us/my/prof.rachel.ar

<image001.png>

<image002.png>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** McAlister,Merritt Ellen <mcalister@law.ufl.edu>
**Date:** Friday, April 4, 2025 at 7:14 ?PM
**To:** . LAW-Campus Faculty <Law-CampusFaculty@law.ufl.edu>
**Subject:** FW: Responding to Community Concerns

Dear Colleagues,

I write to share a message I just sent to students about the significant disruption that has been caused by the widely circulated social media posts.  Community concern remains high, and I want to share the additional steps we have taken/are taking to ensure everyone's safety.  Please note, as explained below, we will be on swipe-card only access from now through final exams.

Best,
Merritt

Merritt E. McAlister
Interim Dean and Levin, Mabie & Levin Professor of Law
University of Florida Levin College of Law
mcalister@law.ufl.edu / 352.273.0981 (o) / 404.861.7619 (c)

**From:** UF Law All Students <LAW-ALL-STUDENTS-L@LISTS.UFL.EDU> on behalf of McAlister,Merritt Ellen <mcalister@LAW.UFL.EDU>
**Date:** Friday, April 4, 2025 at 7:11 ?PM
**To:** LAW-ALL-STUDENTS-L@LISTS.UFL.EDU <LAW-ALL-STUDENTS-L@LISTS.UFL.EDU>
**Subject:** Responding to Community Concerns

Dear Students,

I know that our normal semester routine—winding down classes, gearing up for finals—has been significantly disrupted by recent widely circulated social media posts.  Many of you are rightly feeling deeply offended, angry, and even personally threatened.

The College and the University are working together to ensure that we do everything we can under University regulations and state and federal law to protect our community.  To ensure our safety, an individual has been trespassed from campus, and, over the course of the past week, we've had increased police patrols and event security.  Additionally, beginning on Monday at 8:00 am, we will begin swipe-card access only for all building entrances, except for the main Library and Welcome Center Entrances.  Controlled access to our campus facilities will continue through the end of finals unless we must open campus for a major event (like Admitted Students Day). (Note that routine weekend swipe-card access has already begun as of today at 5:00 pm.)

Additionally, on Wednesday, April 9, at 12pm in the Morgan & Morgan Courtroom (MLAC 106), I will host a town hall with Major Simmons from UFPD and a representative from the UF Counseling Center.  Lunch will be provided. Understanding the high degree of fear felt across our campus, we will answer additional questions you may have and offer resources that might help us all move through this difficult time.

DEF_005268

Dean Shaw and I are, as always, entirely available to meet with any of you individually; please do not hesitate to reach out.  Your safety and security remain my highest priority.  I will continue to be vigilant and take all steps necessary to protect of our community.

I'm hopeful that the weekend will bring you all some much-needed rest and that Gators basketball might offer a bit of positive distraction!

Best,
MEM

Merritt E. McAlister
Interim Dean and Levin, Mabie & Levin Professor of Law
University of Florida Levin College of Law
mcalister@law.ufl.edu / 352.273.0981 (o) / 404.861.7619 (c)

DEF_005269