# EXHIBIT 3

## University Officials Board Hearing: Recommendations

**Student:** Preston Terry Damsky          **UFID:** 16495387

**Hearing Date:** July 28, 2025          **Incident Date:**  Spring 2025 Semester

**Witness(es):**

Dean Merritt McAlister - participated
Dean Janice Shaw - participated
Professor Lyrissa Lidsky - participated
Professor Christopher Hampson - participated
Professor Zachary Kaufman - participated
Cooper Whisnant - participated
Scott Jurkowski - participated

Daniel Pinkus – did not participate
Mary Claire Jackson - did not participate

**Alleged Violation**:
It is alleged that you were reportedly involved in conduct including; complaints from numerous students and employees that they fear for their safety such that they do not want to attend classes with you after reading threatening and anti- Semitic public-facing posts on your social media, such as your post in March 2025 that included this statement of your "position on Jews": "Jews must be abolished by any means necessary." This post was followed by an exchange with a professor at the law school who asked you: "Are you saying you would murder me and my family?" On another occasion, a student at the law school complained that you had agreed that your paper for the Originalism and its Critics seminar ended on a call for extralegal violence. These examples represent some, but not all, of your reported disruptive and threating behavior. Your conduct, especially in light of current events in this country and around the world, has created a climate of fear that permeates the law school campus and amounts to a material or substantial disruption of normal University operations.

**Charges:**

**4.C Disruptive Conduct:** Conduct that is materially or substantially disruptive to the normal operations of the University, or that incites others to do so, in any of the following activities: teaching, learning, research, administrative functions, disciplinary proceedings, other University Activities whether on or off campus, and other authorized activities that take place on campus. In evaluating whether conduct is materially or substantially disruptive, the University may consider the totality of factors, including but not limited to whether there was an intent to prevent the activity or event from continuing to completion and whether the conduct was a sustained and continuous disruption.

DEF_001141

**Finding: _X__ Responsible   ___ Not Responsible**

**Rationale which supports finding:**

In a March 21, 2025 post on X, Preston wrote "My position on Jews is simple: whatever Harvard professor Noel Ignatiev meant by his call to 'abolish the White race by any means necessary' is what I think must be done with Jews. Jews must be abolished by any means necessary."

On April 1, Professor Lidsky responded on X, stating "Are you saying you would murder me and my family? Is that your position?" Preston then replied, "Did Ignatiev want Whites murdered? If so, were his words as objectionable as mine? If Ignatiev sought genocide, then surely a genocide of all Whites would be an even greater outrage than a genocide of all Jews, given the far greater number of Whites." On April 2nd, Professor Lidsky replied, "I noticed you didn't say no, but instead resorted to a 'whataboutism' (with link to Brittanica.com/topic/whatabou...). Yes, his words are despicable, but you implicitly admit yours are, too."

As a result of this exchange, significant disruption to the normal operations of the University, specifically the UF Law School, in multiple functions (e.g. teaching, learning, etc.) occurred as detailed by Prof. Kaufman, and/or Dean McAlister: loud sounds in classrooms spooked the students, some students escorted each other to and from classes, some students carried pepper spray, several students cried, many students had their studying disrupted due to conversations with loved ones about the situation, some students skipped class or were late and did not feel safe disclosing the reason why, some students skipped academic activities, some students left campus, one staff member resigned, parents came to one students' home which interfered with that student's studying, people feared to go to an event, additional security in the form of patrols, cameras, and locks were obtained. Please see pages 36 through 39 of the case packet for additional examples of disruption provided by Dean McAlister's timeline of events. Prof. Hampson also confirmed that alumni, two faculty, and two students perceived threats. Prof. Lidsky also canceled class on April 4th in response to the disruption.

Therefore, the University Officials Board finds the student responsible, based on the preponderance of information standard, for violating section 4.C of the Student Conduct Code of the University of Florida.

**4.K Harassment:** Threats, intimidation, Coercion, or any other conduct that places a Reasonable person in fear of physical harm, through words or actions, or objectively disrupts a person's daily activities, including education and employment.

**Finding: _X__ Responsible   ___ Not Responsible**

DEF_001142

**Rationale which supports finding:**

In a March 21, 2025 post on X, Preston wrote "My position on Jews is simple: whatever Harvard professor Noel Ignatiev meant by his call to 'abolish the White race by any means necessary' is what I think must be done with Jews. Jews must be abolished by any means necessary."

On April 1, Professor Lidsky responded on X, stating "Are you saying you would murder me and my family? Is that your position?" Preston then replied, "Did Ignatiev want Whites murdered? If so, were his words as objectionable as mine? If Ignatiev sought genocide, then surely a genocide of all Whites would be an even greater outrage than a genocide of all Jews, given the far greater number of Whites." On April 2nd, Professor Lidsky replied, "I noticed you didn't say no, but instead resorted to a 'whataboutism' (with link to Brittanica.com/topic/whatabou...). Yes, his words are despicable, but you implicitly admit yours are, too."

As a result of this exchange, significant disruption to the normal operations of the University, specifically the UF Law School, in multiple functions (e.g. teaching, learning, etc.) occurred as detailed by Prof. Kaufman, and/or Dean McAlister: loud sounds in classrooms spooked the students, some students escorted each other to and from classes, some students carried pepper spray, several students cried, many students had their studying disrupted due to conversations with loved ones about the situation, some students skipped class or were late and did not feel safe disclosing the reason why, some students skipped academic activities, some students left campus, one staff member resigned, parents came to one students' home which interfered with that student's studying, people feared to go to an event, additional security in the form of patrols, cameras, and locks were obtained. Please see pages 36 through 39 of the case packet for additional examples of disruption provided by Dean McAlister's timeline of events. Prof. Hampson also confirmed that alumni, two faculty, and two students perceived threats. Prof. Lidsky also canceled class on April 4th in response to the disruption.

This information demonstrates an objective disruption of individuals' daily activities including education and employment at the UF Law School. Therefore, the University Officials Board finds the student responsible, based on the preponderance of information standard, for violating section 4.K of the Student Conduct Code of the University of Florida.

**Recommended sanctions:**

Status: Expulsion

DEF_001143

**Rationale which supports sanctions/outcomes:**

The student is going into his 3rd year of law school and the magnitude of impact to the UF Law community as detailed in the above rationales justifies permanent separation from the University. The Board did not find any mitigating factors that would lead to an outcome other than expulsion.

**Advisor Name:** Aimee Peeples

**Advisor Signature:**

**Chairperson Name:  Ryan Rushing**

**Board Members: Namodhi Wijerathne, Katie Vogel Anderson**

**Dean of Students Decision (please circle): Uphold**/Modify/Overturn

**Explanation/Rationale:** Included

**Signature:**

**Date:** 8/8/2025

DEF_001144