# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,

Plaintiff,

v.                                                        No.: 1:25-cv-00275-AW-MAF

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

Defendant.

## DECLARATION OF ANDREA CORMIER

1.      My name is Andrea Cormier.  I was employed by the University of Florida Levin College of Law from June 2021 to April 2025.  Initially, I served as a Career Services Coordinator. I was later promoted to the position of Assistant Director of Recruiting.

2.      On August 23, 2023, while at work on campus in my role as Assistant Director of Recruiting, I saw Preston Damsky, then a student at the law school, engage in aggressive behavior. His behavior on that occasion unnerved me.

3.      On that day, I was working in a building on the law school campus, the Bruton Geer Commons.  I was sitting at a check-in table for on-campus interviews and facing two double glass doors between the exterior and interior of the building.

4.      At 9:00 AM, I heard the doors to the building lock.  This surprised me, because I had expected the building to be open until noon.  Soon thereafter, I heard loud banging and a commotion.  I saw three female students studying nearby; they appeared visibly concerned, shook their heads, and began packing their belongings.  One of them called out to me "Don't open the door" before they left the area.

5.    Moments later, I saw a man standing outside the building at the glass doors in front of me. He began aggressively yanking the handle to the door, kicking the door, and pounding on the glass while shouting, "Let me in." I had recently attended a UF Police Department active assailant training, where we were advised not to open doors during a lockdown or unexplained access restriction.

6.    I gestured to the man to use his student ID to open the door. He responded that he didn't have it and escalated his tone, yelling, "Let me in the fucking door." Concerned for my safety and not wanting to escalate the situation further, I shook my head and walked away from the door. The man eventually left.

7.    I went to the office of one of my coworkers to inform her of the incident. Together with her and another coworker, we sought to determine who the individual was.

8.    As we returned to the commons area, the same man who had earlier been at the door, and was now in the building, approached us. He walked directly up to me and began yelling at me. He gestured to his books and said, "I told you I was a fucking student. What did you think I was fucking doing here?" He then walked upstairs. We later confirmed that this person was Preston Damsky.

9.    I messaged my supervisor, Janice Shaw, about this incident and spoke with her by phone later that day. I also prepared a written statement about the incident. A copy of that statement and screenshots from my Teams conversation with Ms. Shaw are attached to this Declaration as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2026.

Andrea Cormier

2

# EXHIBIT A

**Statement Regarding Incident on August 28, 2023**
Submitted by: Andrea Cormier
Former Assistant Director of Recruiting

To Whom It May Concern,

On August 28, 2023, I was stationed on the second floor of Bruton Geer Commons, seated at the check-in table for on-campus interviews, directly in front of the two double glass doors. The university was scheduled to close at 12:00 PM due to the impending hurricane, but employers were still on campus conducting interviews that morning.

At exactly 9:00 AM, I heard the sound of the building doors locking. I noted it as strange, as I expected the building to remain accessible until noon. We later learned that there had been a system malfunction that caused the building to lock prematurely at 9:00 AM instead of the scheduled 12:00 PM, which meant that no student or staff ID cards were working to access the building.

Shortly after the doors locked, I heard loud banging and a commotion at the opposite end of the commons. I made eye contact with three female students who were studying nearby; they appeared visibly concerned, shook their heads, and began packing their belongings. One of them called out to me, "Don't open the door," before they left the area.

Moments later, an unknown man appeared at the glass doors in front of me. He began aggressively yanking the handle, kicking the door, and pounding on the glass while shouting, "Let me in." I had recently attended a UFPD active assailant training, where we were advised not to open doors during a lockdown or unexplained access restriction, as someone may have triggered a lockdown for safety reasons.

I gestured for the man to use his student ID to tap in. He responded that he didn't have it and escalated his tone, yelling, "Let me in the fucking door." Concerned for my safety and not wanting to escalate the situation further, I shook my head and walked away from the door. The man eventually left.

Shortly after, Daniel Ramos—a student I recognized, dressed in a suit for his scheduled interview—approached the same door. He indicated that his ID wasn't working, and I let him in before immediately closing the door again. I asked if he saw what had happened; although I don't recall the full exchange, I do remember Daniel said I was smart not to let the man in and confirmed he did not recognize him either.

I then went to my coworker Joanna Auchettl's office to inform her of the incident. Together with Joanna and Minnie DeMoura, we sought out Brian Mitchell to see if he knew who the

individual was. As we returned to the commons area, the same man who had earlier been at the door approached us from the hallway near the elevator and stairwell.

He walked directly up to me and began yelling. He gestured to his books and said, "I told you I was a fucking student. What did you think I was fucking doing here?" He then walked upstairs to Holland Hall 355, where he had class. We later confirmed the individual was Preston Damsky.

Following the incident, I messaged my supervisor, Janice Shaw, and spoke with her by phone later that day to report what had occurred. Janice later met with Interim Dean Merritt McAllister to share the details. At the time, I was advised that a formal written statement was not necessary. Based on that guidance, I did not document the full incident in writing. I am now providing this written statement in response to a formal request.

Please let me know if any further information is needed or if you would like to follow up.

Sincerely,

**Andrea Cormier**
Former Assistant Director of Recruiting

Enclosures: Screenshots from the Teams conversation



