**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PRESTON DAMSKY,

      *Plaintiff*,

  v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

      *Defendant*.

No.: 1:25-cv-00275-AW-MAF

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Defendant hereby responds to Plaintiff's motion to amend the scheduling order (Doc. 76), in which Plaintiff seeks leave to file his summary judgment motion out of time. Summary judgment motions were due 21 days after the end of discovery. *See* Initial Scheduling Order ¶ 10 (Doc. 39). Discovery ended on February 13, 2026. *See* Scheduling Order ¶ 2 (Doc. 62). Thus, summary judgment motions were due on March 6, 2026. Defendant timely filed his motion on that date. *See* Doc. 74.

Defendant would not have opposed a timely request by Plaintiff to extend the summary-judgment deadline for both parties. But Plaintiff seeks to extend the deadline only for himself, more than two weeks after the deadline has passed. While

Defendant and his counsel respect Plaintiff's counsel's National Guard service, his motion states that his active duty deployment occurred in January.

If this Court allows Plaintiff to file a summary judgment motion out of time, Defendant's opposition memorandum would by rule be due 21 days after the motion is filed.  *See* N.D. Fla. Loc. R. 56.1(C).  The Court should not shorten the time for Defendant's opposition to Plaintiff's summary judgment motion.

If this Court grants Plaintiff's motion to amend the scheduling order, it should stay all due dates relating to the trial of this matter pending disposition of the parties' cross-motions for summary judgment. If a trial proves to be necessary after summary judgment, the Court may direct the parties to confer and report on a proposed new trial schedule.

Respectfully submitted,

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*

Dated:  March 23, 2026

2

## CERTIFICATE OF SERVICE

I certify that on March 23, 2026, I caused the foregoing to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci