**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**PRESTON DAMSKY,**

     **Plaintiff,**

**v.**                                                                    **Case No. 1:25-cv-275-AW-MAF**

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

     **Defendant.**

_____/

## ORDER DENYING MOTION FOR EXTENSION

Plaintiff's motion for extension (ECF No. 76) is DENIED. The requested extension would leave too little time between the completion of briefing and the pretrial conference. Moreover, Plaintiff has not shown good cause for the requested extension. The reserve service referenced was in January, leaving some five weeks to submit the motion. Finally, the motion came weeks after the deadline expired. *Cf.* Fed. R. Civ. P. 6(b)(1)(B) (noting court may extend a deadline "on a motion made after the time has expired if the party failed to act because of excusable neglect").

SO ORDERED on March 27, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge