# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

PRESTON DAMSKY,

          *Plaintiff*,

    v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

         *Defendant*.

No.: 1:25-cv-00275-AW-MAF

## DEFENDANT'S MOTION TO MODIFY TRIAL SCHEDULE AND MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and for good cause shown, Defendant respectfully moves to modify the trial schedule.

The Initial Scheduling Order (Doc. 39) of November 24, 2025, provided that "the trial will be during the two-week period that begins on May 27, 2026." *Id*. ¶ 5. That two-week period runs from May 27 to June 10, 2026. The Initial Scheduling Order also stated that "Any party with a conflict for the trial date must file a notice within ten days from the date of this order." *Id*. ¶ 6.

Counsel for Defendant timely noticed a conflict with respect to one day in the trial period, *see* Doc. 55, and this Court directed that "[t]he trial will not include June

5, 2026." Order Acknowledging Notice of Trial Conflict (Doc. 58). No other conflict notices were filed.

If a trial is necessary,[1] Defendant intends to call as one of his witnesses Merritt McAlister, the Interim Dean of the UF Levin College of Law. Dean McAlister is an important witness. She was the first witness to testify at the student conduct hearing, and she is the one witness whom Plaintiff chose to depose. Dean McAlister has a strong preference for testifying in person, and Defendant's preference is likewise.

Regrettably, Dean McAlister will be out of the country for nearly all the trial period, from May 25 to June 9, 2026, when she will be on a cruise in Europe with family members. She made these plans in late December 2025 or early January 2026. Dean McAlister is available for trial on June 10, 2026, the last day in the trial period. Thus, she can testify in person within the existing trial schedule so long as June 10 is included as a trial date.[2]

Plaintiff's counsel, however, has advised that he will be out of the country from June 10 to June 22. Thus, both Defendant's witness and Plaintiff's counsel have conflicts within the trial period.

Given these mutual conflicts within the trial period, Defendant respectfully

---

[1] Defendant's motion for summary judgment (Doc. 74) is pending.

[2] In their Joint Report of Rule 26(f) Conference (Doc. 60), the parties advised the Court that 1–2 days would be needed for trial. *See id*. ¶ 4(h).

moves to modify the schedule and set the trial for late June or sometime in July at a time convenient to the Court, the parties, and witnesses.

Plaintiff would suffer no prejudice from a trial setting in late June or in July. Classes at UF Law resume on August 17, 2026. If Plaintiff is reinstated after a trial in those months and no stay is imposed, he could return to law school without missing any part of the Fall semester.

Respectfully submitted,

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*

Dated:  April 13, 2026

## CERTIFICATION UNDER LOCAL RULE 7.1(C)

Pursuant to Local Rule 7.1(C), I certify that on April 11, 2026, I conferred with counsel for Plaintiff, who stated that his client is opposed to modifying the trial schedule.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

## CERTIFICATION UNDER LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), I certify that the foregoing is in compliance with the Court's word limit as set forth in Local Rule 7.1(I). According to the word processing program used to prepare this memorandum, the document contains 459 words, excluding those portions exempted under the Rule.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

## CERTIFICATE OF SERVICE

I certify that on April 13, 2026, I caused the foregoing to be filed with the Clerk of Court and thereby served on all parties to this matter via the Court's CM/ECF filing system.

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

4