**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**PRESTON DAMSKY,**

      **Plaintiff,**

**v.**                                **Case No. 1:25-cv-275-AW-MAF**

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

      **Defendant.**

_____/

**<u>ORDER REGARDING SCHEDULE</u>**

As stated on the record today, Defendant's motion to modify the trial schedule (ECF No. 81) is DENIED. Defendant may present the referenced witness's deposition testimony at trial. Defendant may take a new deposition for trial at any time before the trial.

At noted at the hearing, the parties disagree about whether the trial will be a jury trial or a bench trial. Defendant seeks a jury trial; Plaintiff does not. Defendant must file a brief on the matter no later than April 21, 2026. Plaintiff must respond no later than April 24, 2026.

SO ORDERED on April 16, 2026.

                                       s/ *Allen Winsor*_____

                                       Chief United States District Judge