**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

PRESTON DAMSKY,

               *Plaintiff*,

    v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

               *Defendant*.

No.: 1:25-cv-00275-AW-MAF

## JOINT PRETRIAL STIPULATION

Pursuant to this Court's Order for Pretrial Conference (Doc. 71), the parties

jointly submit the following Pretrial Stipulation.

### I.    BASIS FOR FEDERAL JURISDICTION

This Court has jurisdiction over the subject matter of this action pursuant to

28 U.S.C. § 1331.

### II.    NATURE OF THE ACTION

The University of Florida ("UF") expelled Plaintiff Preston Damsky, a law

student, based on his public social media posts stating, among other things, that

"Jews must be abolished by any means necessary." See Part VI below. Plaintiff

challenges UF's expulsion of him under the First Amendment and 42 U.S.C. § 1983.

III.    **STATEMENT OF EACH PARTY'S CASE**

In brief and in general, the parties contend as follows:

1.     Plaintiff contends that his expulsion from UF violated the First Amendment because his social media posts were protected speech.

2.     Defendant contends that Plaintiff's expulsion did not violate the First Amendment because his posts were not protected speech.

IV.    **EXHIBIT LISTS**

The parties stipulate to the admissibility of each other's exhibits.

a.     Plaintiff's Exhibit List is attached hereto as **Exhibit A**.

b.     Defendant's Exhibit List is attached hereto as **Exhibit B**.

V.    **WITNESS LISTS**

a.     Plaintiff's Witness List is attached hereto as **Exhibit C**.

b.     Defendant's Witness List is attached hereto as **Exhibit D**.

VI.    **STIPULATED/ADMITTED FACTS**

1.     Plaintiff admits that he and Professor Lidsky posted the following on his X account:

2





## VII.  STIPULATED ISSUES OF LAW

None

## VIII.  ISSUES OF FACT TO BE LITIGATED

The genuine issues of material fact, if any, that remain to be litigated will be identified in the Court's forthcoming ruling on Defendant's pending motion for summary judgment (Doc. 74).

## IV.  ISSUES OF LAW TO BE RESOLVED

The following issues of law remain for the Court's resolution:

1. Whether Plaintiff's social media posts were protected by the First Amendment;

2. Whether Plaintiff's posts were not protected by the First Amendment under *Tinker v. Des Moines Independent Community School District*, 393 U.S. 503 (1969), because they caused material and substantial disruption at UF;

3. Whether Plaintiff's posts were not protected by the First Amendment under *Morse v. Frederick*, 551 U.S. 393 (2007), because they were reasonably viewed as promoting illegal activity;

4. Whether Plaintiff's posts were not protected by the First Amendment under *Boim v. Fulton County School District*, 494 F.3d 978 (11th Cir. 2007), because they were reasonably viewed as threatening school violence; and

5. Whether Plaintiff's posts were not protected by the First Amendment because they were true threats.

## X.   DISAGREEMENTS AS TO APPLICATION OF RULES OF EVIDENCE OR FEDERAL RULES OF CIVIL PROCEDURE

See Defendant's motions *in limine*, Docs. 87 & 88.

## XI.   MOTIONS OR OTHERS MATTERS REQUIRING COURT ACTION

The following motions are pending and require court action before trial:

1.      Defendant's motion for summary judgment (Doc. 74);

2.      Defendant's motion *in limine* to preclude Plaintiff from testifying at trial to inadmissible hearsay about the alleged lack of disruption on campus (Doc. 87);

3.      Defendant's motion *in limine* to preclude Plaintiff from testifying or soliciting at trial inadmissible legal opinions (Doc. 88); and

4.      Defendant's unopposed motion to allow Professor Zachary Kaufmana to testify at trial remotely (Doc. 89).

## XII.  JURY OR NON-JURY CASE

This is a non-jury case.

## XIII. LENGTH OF TRIAL

Counsel estimate that two days will be required for trial.

## XIV. SIGNATURE OF COUNSEL

The signatures of counsel for all parties appear below.

April 27, 2026

Respectfully submitted,

*/s/ Anthony F. Sabatini*
Anthony F. Sabatini
Sabatini Law Firm, P.A.
1601 E. 1st Avenue
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

*Counsel for Plaintiff*

/s/ *H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*

6

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,
     Plaintiff,

v.                                  Case No. 1:25-cv-275-AW-MAF

CHRIS SUMMERLIN,
in his official capacity
as Dean of Students of the
University of Florida,
     Defendant.
_____/

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Preston Damsky may offer the following exhibits at trial:

1. Deposition of Merritt McAlister (Feb. 9, 2026)
2. Student Honor Code and Student Conduct Code, University of Florida Regulation No. 4.040
3. All exhibit listed by Defendant.
4. Any rebuttal or impeachment exhibit made necessary by Defendant's evidence or testimony.

Plaintiff reserves the right to supplement this exhibit list as permitted by the Court and the Federal Rules of Civil Procedure.

Dated: April 27, 2026

                              Respectfully submitted,

                              */s/ Anthony F. Sabatini*
                              ANTHONY F. SABATINI

1

Florida Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
Lead Counsel for Plaintiffs'


*/s/ Gavin B. Rollins*
GAVIN B. ROLLINS, ESQ.
FL BAR No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st AVENUE
MOUNT DORA, FL 32757
T: (352)-328-4892
Co-Counsel for Plaintiffs'


## CERTIFICATE OF SERVICE

I certify that on 4.27.2026, I caused a true and correct copy of the foregoing to be filed via CM/ECF, which will serve all counsel of record.


*/s/ Anthony F. Sabatini*

2

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

PRESTON DAMSKY,

*Plaintiff,*

v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

*Defendant.*

No.: 1:25-cv-00275-AW-MAF

**DEFENDANT'S EXHIBIT LIST**

| EXHIBIT | ECF No. | DESCRIPTION |
|---------|---------|-------------|
| 1 | 73-1 | Evidence File before the University Officials Board for July 28, 2025 Student Conduct Hearing, DEF_000496–DEF_000822 |
| 2 | 73-2 | Other Evidence of Threat/Disruption: DEF_000005; DEF_001235–DEF_001236; DEF_001397; DEF_001414–DEF_001415; DEF_003820; DEF_003933; DEF_004071; DEF_004075; DEF_005265–DEF_005269 |
| 3 | 73-3 | University Officials Board Recommendations, DEF_001141–DEF_001144 |
| 4 | 73-4 | Declaration of Andrea Cormier (Mar. 5, 2026) Ex. A: Cormier Statement Regarding Incident on August 28, 2023 |

| EXHIBIT | ECF No. | DESCRIPTION |
|---|---|---|
| 5 | 73-5 | Declaration of Heather White (Oct. 13, 2025)<br><br>Ex. A: Letter from Chris Summerlin, Dean of Students, UF, to P. Damsky (Apr. 2, 2025)<br><br>Ex. B: Letter from Nancy Chrystal-Green, Assoc. VP for Student Life, UF, to P. Damsky (Apr. 16, 2025)<br><br>Ex. C: Letter from James Tyger, Asst. VP, Student Life, UF, to P. Damsky (Apr. 29, 2025)<br><br>Ex. D: Letter from Pamela Malyk, Asst. Dean & Director of Student Conduct & Conflict Resolution, UF, to P. Damsky (May 29, 2025)<br><br>Ex. E: [omitted; on file with clerk's office]<br><br>Ex. F: [omitted; included below]<br><br>Ex. G: Letter from Chris Summerlin, Dean of Students, UF, to P. Damsky (Aug. 8, 2025)<br><br>Ex. H: Letter from Heather White, VP for Student Life, UF, to P. Damsky (Oct. 9, 2025) |
| 6 | 73-6 | Declaration of Merritt E. McAlister (Oct. 13, 2025)<br><br>Ex. I: [omitted; included below]<br><br>Ex. J: [omitted; included below] |
| 7 | 73-7 | Declaration of Lyrissa B. Lidsky (Oct. 13, 2025)<br><br>Ex. K: P. Damsky X post (Mar. 21, 2025); X post exchanges between P. Damsky and L. Lidsky (Apr. 1, 2025) |
| 8 | 73-8 | Declaration of H. Christopher Bartolomucci (Oct. 13, 2025)<br><br>Ex. L: [omitted; included below]<br><br>Ex. M: P. Damsky's X posts (May 23–Oct. 7, 2025) |
| 9 | 73-9 | Declaration of Janice Shaw (Oct. 13, 2025) |
| 10 | 73-10 | Declaration of Christopher D. Hampson (Oct. 13, 2025) |
| 11 | 73-11 | Declaration of Zachary D. Kaufman (Oct. 13, 2025) |
| 12 | 73-12 | P. Damsky X Post (Feb. 11, 2026), DEF_004705 |

2

| EXHIBIT | ECF NO. | DESCRIPTION |
|---|---|---|
| 13 | 73-13 | P. Damsky X Posts (Sep. 2024), DEF_005055–DEF_005058 |
| 14 | 73-14 | P. Damsky "avatar" for X account, DEF_004087 |
| 15 | 73-15 | Student Honor Code and Student Conduct Code, University of Florida Regulation No. 4.040, DEF_003938–DEF_003973 |
| 16 | 73-16 | Deposition of Preston Terry Damsky (Feb. 5, 2026) with Exhibits<br><br>Dep. Ex. 2:  P. Damsky's *American Restoration (Draft)* seminar  paper<br><br>Dep. Ex. 3:  P. Damsky's *American Restoration* seminar paper<br><br>Dep. Ex. 4:  P. Damsky's *National Constitutionalism* seminar paper<br><br>Dep. Ex. 5:  Email from P. Damsky to Osiris Ramos, Jr. (Feb. 10, 2025)<br><br>Dep. Ex. 6:  Photograph of P. Damsky<br><br>Dep. Ex. 7:  X Posts between P. Damsky and Prof. Lidsky (Mar. 21–Apr. 2, 2025)<br><br>Dep. Ex. 8:  N.Y. Times article, *A White Nationalist Wrote A Law School Paper Promoting Racist Views. It Won Him An Award* (June 21, 2025)<br><br>Dep. Ex. 9:  Email/Letter from P. Damsky to Deans Merritt McAlister and Chris Summerlin, "Reaffirming My Rights"<br><br>Dep. Ex. 10: Litigation Hold Email/Letter from P. Damsky to Deans Merritt McAlister and Chris Summerlin (July 21, 2025)<br><br>Dep. Ex. 11: P. Damsky X Posts (Mar. 25, 2025–Jan. 27, 2026) |
| 17 | 73-17 | Deposition of Merritt McAllister (Feb. 9, 2026) |
| 18 | 73-18 | Transcript of Audio Recording, Student Conduct Hearing before the University Officials Board (July 28, 2025) |

3

| EXHIBIT | ECF NO. | DESCRIPTION |
|---|---|---|
| 19 | 73-19 | Declaration of H. Christopher Bartolomucci (Mar. 6, 2026) |
| 20 | 80-1 | Declaration of H. Christopher Bartolomucci (Apr. 3, 2026)<br>  Ex. A: P. Damsky X Post (Mar. 4, 2026) |
| 21 | 11-1 | Audio Record, Student Conduct Hearing before the University Officials Board (July 28, 2025) |

Dated: April 27, 2026                    Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*

4

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON DAMSKY,
     Plaintiff,

v.                                                    Case No. 1:25-cv-275-AW-MAF

CHRIS SUMMERLIN,
in his official capacity
as Dean of Students of the University of Florida,
     Defendant.
_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff Preston Damsky may call the following witnesses at trial:

1. Preston Damsky
2. Dean Merritt McAlister
3. Chris Summerlin
4. Any witness listed by Defendant
5. Any rebuttal or impeachment witness made necessary by Defendant's evidence or testimony

Plaintiff reserves the right to supplement this witness list as permitted by the Court and the Federal Rules of Civil Procedure.

No expert witnesses are presently identified by Plaintiff.

Dated: April 27, 2026

Respectfully submitted,

*/s/ Anthony F. Sabatini*
ANTHONY F. SABATINI

1

Florida Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
Lead Counsel for Plaintiffs'

*/s/ Gavin B. Rollins*
GAVIN B. ROLLINS, ESQ.
FL BAR No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st AVENUE
MOUNT DORA, FL 32757
T: (352)-328-4892
Co-Counsel for Plaintiffs'

CERTIFICATE OF SERVICE

I certify that on 4.27.2026, I caused a true and correct copy of the foregoing to be filed via CM/ECF, which will serve all counsel of record.

*/s/ Anthony F. Sabatini*

2

# EXHIBIT D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

PRESTON DAMSKY,

        *Plaintiff*,

  v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

        *Defendant*.

No.: 1:25-cv-00275-AW-MAF

## DEFENDANT'S WITNESS LIST

1. Dean Merritt McAlister

2. Dean Janice Shaw

3. Professor Lyrissa Lidsky

4. Professor Zachary Kaufman

Dated: April 27, 2026

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*