Start:  3:31 p.m.
Stop:  3:52 p.m.

## *UNITED STATES DISTRICT COURT*
## CIVIL MINUTES - GENERAL

Case No:      1:25-cv-275-AW                                      Date: 05-04-26
Title:        Damsky v Summerlin

DOCKET   ENTRY:

Telephonic Pretrial Conference

PRESENT:      Honorable ALLEN C WINSOR, Chief District Judge

TiAnn Stark                                  Dawn Savino  (USDC-FLND)
Deputy Clerk                                 Court Reporter

Anthony Sabatini                             Christopher  Bartolomucci, Justin Miller
Attorney for Plaintiff(s)                    Attorneys for Defendant(s)

PROCEEDINGS:

**3:31 p.m.      Court called to order**

3:32 p.m.      Motion for Summary Judgment, ECF No. 74,  and Motions in Limine, ECF Nos. 87 and 88,  to be denied

3:40 p.m.      Motion for Remote Appearance to be granted

3:42 p.m.      Exhibits discussed

3:46 p.m.      Openings and Closings discussed

3:48 p.m.      Trial date discussed - set for May 27, 2026 and expected to last two days

3:51 p.m.      Court to issue pretrial order

**3:51 p.m.      Court adjourned**