**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**PRESTON DAMSKY,**

    **Plaintiff,**

**v.**                                **Case No. 1:25-cv-275-AW-MAF**

**CHRIS SUMMERLIN, in his official
capacity as the Dean of Students of the
University of Florida,**

    **Defendant.**

_____/

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

As stated on the record today, Defendant's motion for summary judgment

(ECF No. 74) is DENIED. The court incorporates its oral ruling into this order.

SO ORDERED on May 4, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge