**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

PRESTON DAMSKY,

     *Plaintiff*,

  v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

     *Defendant*.

No.: 1:25-cv-00275-AW-MAF

## DEFENDANT'S AMENDED WITNESS LIST

1. Dean Merritt McAlister (by deposition de bene esse, USB drive to be provided to court on Tuesday morning)

2. Dean Janice Shaw

3. Professor Lyrissa Lidsky

4. Professor Zachary Kaufman (by remote means)

5. Preston Damsky

Defendant reserves the right to further amend this list consistent with the Federal Rules of Civil Procedure.

Dated: May 24, 2026

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*

2