**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PRESTON DAMSKY,

                *Plaintiff*,

    v.

CHRIS SUMMERLIN, in his official
capacity as Dean of Students of the
University of Florida,

                *Defendant*.

No.: 1:25-cv-00275-AW-MAF

**DEFENDANT'S NOTICE OF FILING**

Defendant Chris Summerlin hereby provides notice of filing of the de bene esse deposition transcript of Merritt McAlister, taken before a certified court reporter and videographer on May 22, 2026 (Ex. A), along with Defendant's marked deposition Exhibits 1–17 (Ex. B), and Plaintiff's marked deposition Exhibits 1–2 (Ex. C).

Dated: May 27, 2026

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
*Admitted *pro hac vice*

*Counsel for Defendant*

2