# EXHIBIT C

**8:57**

**UF Law Class of 2025**

**Ciani Hodges**
It may be because he said to Lidsky

❤️ 2

If anybody sees Lidsky … take the chance and ask her!

**Montse Arguello**
js kinda crazy he'd get trespassed for tweets on his personal account but not for papers he submitted at school

❤️ 6

wondering if there's more to the story!

**Donevan  Mallard**

> **Ciani Hodges**  2:24 PM

❤️ 9     🤣 5

**Ciani Hodges**
That's why I am saying ask Lidsky

**Montse Arguello**
anyways stay safe everyone!!! giving really scary vibes yall and im not

Send a message

EXHIBIT
P1
DEPONENT NAME:
McAlister, M.     DATE: 05/22/2026

< 🎨 **NLG** >          🎧  😶
  Main chat

9:34 PM

**Scott Jurckowski**

> Florida reporter. Damsky's clear that his beliefs are controversial, but says the university's suspension violated his First Amendment right of expression and that he lost a summer internship at the local prosecutor's office.

I didn't know what a good outcome of this would be when it all started, but this HAS to count as one possibility. **6/25/25**

**Daniel Pinkus**

Where did you see that from? Is that from the NYT article?

**Scott Jurckowski**

🔆 tallahassee.com

**UF probes law student over 'abolish Jews' post, sparking...**

A University of Florida law student is arguing First Amendment rights in an investigation by administrators after antisemitic social media posts.

STEPHANY MATAT

EXHIBIT
P2
DEPONENT NAME: McAlister, M.    DATE: 05/22/2026