United States District Court
CIVIL MINUTES - TRIAL

Case No. 1:25-cv-275-AW                                          Date : 05/27/26 - 05/28/26
Title: Damsky v Summerlin

PROCEEDINGS:          **BENCH TRIAL**

PRESENT:     HON. **ALLEN WINSOR**, Chief District Judge

TiAnn Stark                     Dawn Savino (FLND-Tallahassee)
Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF(S):        ATTORNEYS PRESENT FOR DEFENDANT(S):

Anthony Sabatini                                Christopher Bartolomucci
Gavin Rollins                                   Justin Miller
                                                Brande Smith

_____ Case called and continued to _____

__X__ COURT TRIAL

_____ JURY TRIAL

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS

_____ Case continued to _____

_____ Jury Retires to deliberate at _____ On _____. Jury returns at _____ On _____

_____ Ordered Jury to be taken to _____ ; _____ Be lodged for night.

_____ FINDINGS BY COURT

_____ JURY VERDICT.   See signed verdict.
                                        _____ Jury Polled        _____ Polling waived

JUDGMENT BY COURT for _____ Plaintiff; _____ Defendant; for $ _____

___ Findings, Conclusions of Law,  Judgment to be prepared by  _____ Plaintiff; _____Defendant

____ Submitted

Initials of Deputy Clerk   TSS

MINUTES

**Case No: 1:25-cv-275-AW**

**PRESTON DAMSKY**                                          **Attys: Christopher Bartolomucci**
                                                                          **Justin Miller**
                                                                          **Brande Smith**

**vs**

**CHRIS SUMMERLIN**                                       **Attys: Anthony Sabatini**
                                                                          **Gavin Rollins**

**May 27, 2026**
**1st day of trial**
Judge
Court Reporter:      Dawn Savino
CDR:                    TiAnn Stark
Law Clerk:            Max Michel

**8:31 A.M**        **Court called to order**

8:33 A.M.        Housekeeping matters - all exhibits in ECF No. 102, Defendant's Corrected Amended Exhibit List, admitted; plaintiff's exhibits 1 and 2, marked and admitted; flash drive with McCallister deposition (transcript ECF 73-17) received by the Court

*8:43 A.M.*        *Plaintiff's Case Begins*

8:43 A.M.        Plaintiff's Witness, <u>PRESTON DAMSKY</u>, sworn, direct (Sabatini)

9:24 A.M.        Cross (Bartolomucci)

10:09 A.M.      Redirect (Sabatini)

**10:16 A.M.**    **Court in Recess**

**10:30 A.M.**    **Court Reconvenes**

10:36 A.M.      Plaintiff's counsel returns to the courtroom - Court addresses parties

10:38 A.M.      Plaintiff's Witness, <u>CHRISTOPHER SUMMERLIN</u>, sworn, direct (Sabatini)

10:39 A.M.      Plaintiff returns to the courtroom - Court addresses party

10:39 A.M.      Direct continues

10:50 A.M.      Cross (Bartolomucci)

11:03 A.M.      Redirect (Sabatini)

11:08 A.M.      Re-cross

*11:09 A.M.*      *Plaintiff's Case Ends*

11:09 A.M.    Defendant Summerlin permitted to leave proceedings

11:09 A.M.    Defendant moves for Judgment as a Matter of Law - taken under advisement

**11:10 P.M.    Recess**

**11:13 A.M.    Court Reconvenes**

*11:13 A.M.    Defendant's Case Begins*

11:14 A.M.    Defendant's Witness, JANICE SHAW, sworn, direct (Miller)

**11:55 P.M.    Recess**

**12:56 P.M.    Court reconvenes**

12:56 P.M.    Direct continues (Miller)

1:11 P.M.    Cross (Sabatini)

1:46 P.M.    Redirect (Miller)

2:06 P.M.    Housekeeping matters

2:06 P.M.    Defendant's Witness, LYRISSA LIDSKY, sworn, direct (Bartolomucci)

2:46 P.M.    Cross (Sabatini)

2:53 P.M.    Housekeeping matters - remote testimony; short oral closing to be followed by written briefs

**3:00 P.M.    Court Adjourned until 9:30 A.M. on Thursday, May 28, 2026**

**May 28, 2026**
**2nd day of trial**
Judge
Court Reporter:    Dawn Savino
CDR:    TiAnn Stark
Law Clerk:    Max Michel

**9:34 A.M    Court called to order**

9:36 A.M.    Defendant's Witness, ZACHARY D KAUFMAN, sworn, direct via Zoom (Bartolomucci)

10:21 A.M.    Cross (Sabatini)

10:42 A.M.    Redirect

*10:47 A.M.    Defendant's Case Rest*

10:47 A.M.    Defendant renews Motion for Judgment as a Matter of Law - taken under advisement

*10:47 A.M.    Plaintiff's Rebuttal Case Begins*

10:48 A.M.   Plaintiff's Witness, <u>PRESTON DAMSKY</u>, previously sworn, direct (Sabatini)

*10:50 A.M.   Plaintiff's Rebuttal Case Ends*

10:50 A.M.   Housekeeping matters - both sides to submit Proposed Facts and Findings of Law on June 26, 2026

10:52 A.M.   Closing arguments by Plaintiff

11:13 A.M.   Closing arguments by Defendant

**11:39 A.M.   Court Adjourned**