**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PRESTON DAMSKY,
    Plaintiff,

v.                             Case No. 1:25-cv-275-AW-MAF

CHRIS SUMMERLIN,
in his official capacity
as Dean of Students of the
University of Florida,
    Defendant.
_____/

## NOTICE TO THE COURT REGARDING UNIVERSITY OF FLORIDA LAW SCHOOL ACADEMIC CALENDAR

Defendant, **Damsky**, files this Notice solely to advise the Court of certain upcoming academic dates that may be relevant to the timing of any future orders entered in this matter.

The University of Florida Levin College of Law's **compressed courses** are scheduled to begin on **Monday, August 10, 2026**, and the **regular Fall semester classes** are scheduled to commence on **August 17, 2026**.

Defendant respectfully provides this information because the timing of any future orders may affect Defendant's ability to attend and participate in these academic obligations. Depending upon the nature and timing of any future order entered by the Court, Defendant's attendance at law school classes may be contingent upon compliance with such order.

This Notice is filed for the Court's information only and is not intended as a request for relief.

Respectfully submitted,

/s/ *Anthony F. Sabatini*
ANTHONY F. SABATINI
Florida Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
Lead Counsel for Plaintiffs'

/s/ *Gavin B. Rollins*
GAVIN B. ROLLINS, ESQ.
FL BAR No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st AVENUE
MOUNT DORA, FL 32757
T: (352)-328-4892
Co-Counsel for Plaintiffs'

CERTIFICATE OF SERVICE

I certify that on 8.6.2026, I caused a true and correct copy of the foregoing to be filed via CM/ECF, which will serve all counsel of record.

/s/ *Anthony F. Sabatini*